### ESSOCIATE, INC., Plaintiff–Appellant

v.

CLICKBOOTH.COM, LLC, 4355768 Canada Inc., DBA Crakmedia, Defendants–Appellees.

Nos. 2015–1332, 2015–1333.

United States Court of Appeals, Federal Circuit.

March 11, 2016.

Derek Alan Newman, Newman Du Wors LLP, Seattle, WA, argued for plaintiff-appellant. Also represented by Derek Linke, Keith P. Scully.

Darren Matthew Franklin, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for defendant-appellee Clickbooth.com. Also represented by Andrew T. Kim; Richard Newman, Hinch Newman LLP, NY.

William G. Jenks, Jenks IP Law, Washington, DC, argued for defendant-appellee 4355768 Canada Inc. Also represented by Ben M. Davidson, Davidson Law Group ALC, Los Angeles, CA.

REYNA, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**